IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC., ) | |
| ) | |
| Plaintiff ) | No. 13 cv 883 |
| ) | |
| vs ) | Judge Johnson Coleman |
| ) | |
| JOHN DOE subscriber assigned ID ) | |
| address 24.14.3.176 ) | |
| ) | |
| Defendant ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **February 21, 2013 at 8:45 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead in **Courtroom 1425** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto: MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2013, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date: February 14, 2013

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510