File Hashes for IP Address 24.14.3.176

**ISP:** Comcast Cable
**Physical Location:** Darien, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/24/2013 10:25:32 | 9DBFF1CD6249AA5AF9C2CD44E80651CB5EBD518E | Blonde Ambition |
| 01/24/2013 10:04:00 | C58882DA130CEAFCD47B0AD63AEC2CCB978DD8EE | Naughty and Nice |
| 01/24/2013 09:26:27 | C8DF824A2AA5B7F52A09716D4C1A687FE4EA922B | Introducing Angelica |
| 01/24/2013 08:00:56 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 01/24/2013 01:28:24 | 11F512D5FA6F35E09C0771EE09CCDB6E773FA8CF | Then They Were Three |
| 01/23/2013 19:46:37 | 3E17717095382E22D2B9F55171E2464B0297F1E9 | The Art of Anal Sex |
| 01/21/2013 17:20:30 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 01/21/2013 16:14:02 | 93C017103EA376147D84C41CDB782D7DDA4CB267 | Show You My Love |
| 01/20/2013 18:46:00 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 01/20/2013 00:12:15 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 01/19/2013 18:52:23 | 64FB788AE5ADA23F37C5A7E291EC5BEB51EE0C71 | Tori The Endless Orgasm |
| 01/15/2013 17:36:15 | 2B357AE556FA53AA689999F438FA241C631AD00A | The Dorm |
| 01/11/2013 12:44:47 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |
| 01/09/2013 05:07:00 | 417D14B60BA217366404117090E2971CFB464423 | Perfect Lovers |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

NIL37