# United States District Court

## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1

### Notice of Electronic Filing

The following transaction was entered on 8/9/2013 at 1:55 PM CDT and filed on 8/9/2013
**Case Name:** Malibu Media, LLC v. Doe
**Case Number:** [1:13-cv-00883](#)
**Filer:**
**WARNING: CASE CLOSED on 08/09/2013**
**Document Number:** 16

**Docket Text:**
**MINUTE entry before Honorable Sharon Johnson Coleman: Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this action is dismissed with prejudice. Status hearing set to 9/30/2013 is hereby stricken. Civil case terminated. Mailed notice(rth, )**

**1:13-cv-00883 Notice has been electronically mailed to:**

Jeffrey J Antonelli     jeffrey@antonelli-law.com

Mary K. Schulz     celticfish@mac.com, schulzlaw@me.com

Nicole A Nguyen     nnguyen@antonelli-law.com

**1:13-cv-00883 Notice has been delivered by other means to:**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ESPERANZA ARNOLD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
August 12, 2013